IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHARLES MITCHELL DESHIELDS,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, GALLITAN COUNTY; GALLITAN COUNTY ATTORNEY'S OFFICE; MONTANA ATTORNEY GENERAL; OFFICE OF THE STATE PUBLIC DEFENDER; PETER OHMAN; ANDREW BREUNER,<br><br>Defendants. | CV 25-101-BU-TJC<br><br>**ORDER** |

Plaintiff Charles Mitchell DeShields ("DeShields"), appearing before this Court pro se, has filed a motion seeking an order from the Court directing the United States Marshals Service ("USMS") to serve his complaint, summons, and exhibits to named defendants. (Doc. 9.)

Federal Rule of Civil Procedure 4(c)(3) provides that "[a]t the plaintiff's request, the court may order that service be made by a United States marshal…." Advisory Committee Notes counsel that courts should exercise this discretion when a law enforcement presence appears to be necessary or advisable to keep the peace. *Adv. Comm. Notes to 1993 Amends.* Courts also consider whether a plaintiff has exhausted other methods of effecting service and if a plaintiff has the

financial means to do so. *See, e.g., Rose v. Abraham*, 2008 WL 3540542, at *4 (E.D. Cal. Aug. 13, 2008); *Thomason v. Moeller*, 2017 WL 241322, at *5 (D. Idaho Jan. 19, 2017).

DeShields indicates that service by the USMS is needed for safety and security and "to avoid confrontation or retaliation." (Doc. 9 at 1.) However, it appears that DeShields has already served notices on some defendants (Doc. 5 at 3, Doc. 5-1 at 2), and DeShields has not made a showing that the government entities and public servants named as defendants cannot be served without causing a disturbance of the peace. DeShields also does not indicate that he lacks the financial ability to hire a process server or that he has exhausted conventional methods of serving process.

Accordingly, **IT IS HEREBY ORDERED** that DeShield's motion (Doc. 9) is **DENIED**.

DATED this 19th day of November, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge